1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9                               ----oo0oo----

10   UNITED STATES,
                                      NO. CR-97-0040 WBS
11           Plaintiff,

12       v.

13   LEONEL RIVERA,                   ORDER

14
             Defendant.
15

16                               ----oo0oo----

17           Defendant, LEONEL RIVERA, has filed a Motion to Correct

18   Sentence Pursuant to 28 U.S.C. § 2255.  The United States Attorney

19   shall file a response to the Motion on or before June 1, 2005.

20   Defendant shall file his reply, if any, on or before June 16, 2005.

21   The matter will then be taken under submission.

22           IT IS SO ORDERED.

23   DATED: May 19, 2005.

24

25   _____

26   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28