UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

 v.

LEONEL RIVERA,

        Defendant
_____/

NO. CR-S-97-0040 WBS

ORDER

----oo0oo----

Defendant, LEONEL RIVERA, has filed a Motion/Request for Modification of Imposition of Fine Ordered in Pursuant to 18 U.S.C. 3572, *et seq*. and U.S.S.G. 5E1.2(d).

The United States Attorney shall file a response to the motion on or before January 18, 2008.  Defendant shall file his reply, if any, on or before February 1, 2008.  The matter will then be taken under submission.

IT IS SO ORDERED.

DATED:  December 14, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE