UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

LEONEL RIVERA,

        Defendant.

NO. CR. S-97-0040 WBS

ORDER

----oo0oo----

        Defendant's Motion for Reconsideration, filed October 14, 2008, contains no new authorities, arguments or reason for this court to change its Order of September 29, 2008, denying his motion to compel appointment of a private investigator.  The motion for reconsideration of that Order is therefore DENIED.

DATED:   October 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1