UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

LEONEL RIVERA,

        Defendant.

NO. CR. S-97-0040 WBS

ORDER

----oo0oo----

        For the reasons discussed in this court's order of June 13, 2008, (Docket No. 221) defendant's Motion for Final Disposition and Waiver of the remaining Balance of $20,000 (Docket No. 228) is DENIED.  Further, defendant's conclusory assertion that he no longer has an interest in the property he owned at the time of judgment is unsupported by any evidence, and his claim of "discrimination by this Honorable Court by not allowing him to live under the same standards of all other inmates" is without merit.  The court commends Mr. Rivera for making substantial payments on his fine to date, but believes it is still important that he continue to make further payments toward paying off the balance.

1  DATED: July 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE