JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
LEONEL RIVERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL RIVERA,<br><br>Defendant. | No. 2:97-CR-0040-WBS<br><br>**ORDER TO SEAL DOCUMENTS** |

    Upon application of the defendant Leonel Rivera, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

    IT IS HEREBY ORDERED that Exhibit E to defendant's April 21, 2021 motion to reduce sentence at docket 240 shall be SEALED until ordered unsealed by the Court.

Dated: April 22, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE