IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:97-cr-00040-WBS |
|---|---|---|
| Plaintiff, | ) | **O R D E R**  |
|  | ) | **APPOINTING COUNSEL** |
| vs. | ) |  |
| LEONAL RIVERA, | ) |  |
| Defendant. | ) |  |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that John Balazs be appointed to represent the above defendant in this case effective *nunc pro tunc* to August 27, 2020, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

Dated:  April 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-