PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:97-CR-00040-WBS |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR RECONDISERATION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER** |
| v. | |
| LEONEL RIVERA, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on April 21, 2021. Docket No. 249. Pursuant to Local Rule, the government's response was due on April 28, 2021, with any reply from the defendant due on May 2, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

STIPULATION RE BRIEFING SCHEDULE 1

a) The government's response to the defendant's motion to be filed on or before May 5, 2021;

b) The defendant's reply to the government's response to be filed on or before May 12, 2021.

IT IS SO STIPULATED.

Dated: April 29, 2021
    PHILLIP A. TALBERT
    Acting United States Attorney

    /s/ JASON HITT
    JASON HITT
    Assistant United States Attorney

Dated: April 29, 2021
    /s/ JOHN BALAZS
    JOHN BALAZS
    Counsel for Defendant
    LEONEL RIVERA

## ORDER

Based upon the stipulation and representations of the parties, the Court **ADOPTS** the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 249, is due on or before **May 5, 2021**;

b) The defendant's reply to the government's response, if any, is due on **May 12, 2021**.

IT IS SO FOUND AND ORDERED.

Dated: April 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE