UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:97-cr-40-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| LEONEL RIVERA, | |
| Defendant. | |

----oo0oo----

Defendant Leonel Rivera has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Docket No. 249.) The court recognizes defendant's contention that compassionate release is warranted because of the COVID-19 pandemic, along with his diagnosis of diabetes, hypertension, and other medical conditions and the various sentencing factors under 18 U.S.C. § 3553(a). However, defendant appears to be receiving proper treatment for his current conditions, and he received his first dose of the Moderna COVID-19 vaccine on April 27, 2021 and should be receiving his second dose shortly. Further, as this

1

court has stated numerous times, the COVID-19 pandemic by itself does not constitute an extraordinary and compelling reason for compassionate release. See 18 U.S.C. § 3582(c)(1)(A); U.S.S.G. § 1B1.13.[1] Under all of the relevant factors, defendant has not shown that compassionate release is appropriate in this case. Accordingly, the motion (Docket No. 249) is DENIED.

IT IS SO ORDERED.

Dated: May 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court recognizes that § 1B1.13 is not binding on this court, though it "may inform a district court's discretion for § 3582(C)(1)(A) motions filed by a defendant." United States v. Aruda, 993 F.3d 797 (9th Cir. 2021). According, the court considers the Sentencing Commission's policy statements in deciding the instant motion.