PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:97-CR-00040-01 WBS |
|---|---|
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME |
| v. | |
| LEONAL RIVERA, | |
| Defendant. | |

    On August 4, 2023, the United States requested an extension of time to August 9, 2023, to file its response to Leonal Rivera's *pro se* motion for compassionate release. Docket No. 262.

    IT IS HEREBY ORDERED that the United States' request for an extension is granted. The response is now due August 9, 2023. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated: August 7, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1