PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>LEONAL RIVERA,<br><br>          Defendant. | CASE NO. 2:97-CR-00040-01 WBS<br><br>ORDER GRANTING MOTION<br>  FOR EXTENSION OF TIME |

   On December 28, 2023, the United States requested an extension of time to file its response to Defendant's *pro se* renewed motion pursuant to 18 U.S.C. § 3582.  ECF 276.

   IT IS HEREBY ORDERED that the Government's request is GRANTED.  The government's response shall be filed on January 31, 2024.  Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

Dated:  December 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE